

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: March 27, 2020

Beth E. Hanan
United States Bankruptcy Judge

United States Bankruptcy Court
517 East Wisconsin Avenue, Room 126
Milwaukee, WI 53202-4581

| | |
|---|---|
| In re:   JAMES R SWANEY, JR. | CHAPTER 13 |
| Soc. Sec. No.   xxx-xx-1300 | Case No. 19-20464-BEH |

**\*AMENDED\***

### \*AMENDED ORDER FOR PAYROLL DEDUCTIONS\*

To, **\*\*ATI FORGED METALS\*\***, the employer of the above debtor(s):

The above named debtor proposed a plan to pay debts out of future earnings. By this plan the debtor's earnings are subject to the supervision and control of the Bankruptcy Court. Now, therefore,

IT IS ORDERED THAT:

1. You, **\*\*ATI FORGED METALS\*\***, shall deduct from the earnings of said debtor (including vacation pay), the sum of **\*\*$379.00\*\* \*\*Weekly\*\***, beginning on the next payday following receipt of this Order and continuing until further notice. You shall immediately pay to the Chapter 13 Trustee the sums so deducted. **INCLUDE THE DEBTOR'S NAME AND CHAPTER 13 CASE NUMBER WITH EACH REMITTANCE. PLEASE MAKE PAYABLE AND MAIL TO:**

CHAPTER 13 TRUSTEE
P.O. BOX 730
MEMPHIS, TN 38101-0730

or to pay electronically go to https://tfsbillpay.com/employer

2. All earnings and wages of the debtor, except amounts required to be withheld pursuant to provisions of law, insurance, pension, union dues, child support, or by the Order of this Court, shall be paid to the debtor in accordance with your usual procedure. No other deduction shall be made by you.

3. This Order supersedes any previous Order for payment in this case.

**Debtor(s) Employer:**
**\*\*ATI FORGED METALS\*\***
Attn: Payroll Department
5481 S. PACKARD AVENUE
CUDAHY, WI 53110-

**Debtor(s):**
JAMES R SWANEY, JR.
112 CHURCH ST.
SHARON, WI  53585

**Debtor(s) Attorney:**
THORPE & CHRISTIAN, SC
1624 HOBBS DRIVE
SUITE 1
DELAVANWI 53115-

Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
Telephone (414) 271-3681
Fax (414) 271-9344

Trustee Issued Date:  March 26, 2020

#####